UNITED STATES DISTRICT COURT

Northern District of California

MELODY McDANIEL,
        Plaintiff in Propia Persona,

No. C 06-5321 SI

v.

**ORDER ASSIGNING CASE TO ASSISTED MEDIATION PROGRAM**

JOHN E. POTTER,
        Defendant(s).
_____/

    Plaintiff in this case has applied to participate in the court's Assisted Mediation Program. Based on the court's review of plaintiff's Application for Assisted Mediation, Declaration in Support of Application for Assisted Mediation and additional application materials, and plaintiff's acknowledgment that s/he has reviewed the description of the Assisted Mediation Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Mediation Counsel,

    IT IS HEREBY ORDERED:

1. That the case be assigned to the Assisted Mediation Program and be mediated in accordance with the Alternative Dispute Resolution Local Rules of this court, except for Rules 6-3(b) and 6-3(c);

2. That Special Mediation Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and mediation of this case; and

///

///

3. That the mediation shall be completed no later than ____May 15, 2007_____.

IT IS SO ORDERED.

Dated                                  By:                           *Susan Illston*

                                                      Susan Illston

                                           United States District Judge

REV 2/04

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**