1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

Northern District of California

8

9

10    MELODY McDANIEL,
                    Plaintiff in Propia Persona,          No. C 06-5321 SI

11          v.                                           **ORDER APPOINTING SPECIAL
                                                         MEDIATION COUNSEL**

12

13    POTTER,
                            Defendant.
      _____/

14

15          The court having ordered that this case be assigned to the Assisted Mediation Program, and

16    plaintiff having requested and being in need of counsel to assist her in the mediation, and a volunteer

17    attorney willing to be appointed for the limited purpose of representing plaintiff in the mediation

18    having been located by the court,

19          IT IS HEREBY ORDERED THAT:

20          Aaron Silberman is appointed as Special Mediation Counsel.  This appointment shall be

21    pursuant to the terms of the Application and Declaration of plaintiff to participate in the Assisted

22    Mediation Program.  This appointment and limited representation shall end upon the completion of

23    the mediation and any follow-up activities agreed upon by the parties and the mediator, unless

24    terminated earlier by the court.

25          Special Mediation Counsel shall notify the court promptly upon the completion of the

26    mediation and any follow-up activities.  The court shall then issue an order relieving the Special

27    ///

28    ///

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
For the Northern District of California

Mediation Counsel from his limited representation of the plaintiff. Thereafter, the attorney who has served as Special Mediation Counsel will only be permitted to represent the plaintiff upon order of the court if there is a signed written agreement under which the attorney agrees to provide such legal services.

     IT IS SO ORDERED.

2/1/07                By:               _Susan Illston_
Dated                                        Susan Illston
                                          United States District Judge

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Order Appointing Counsel.wpd

REV 2/04

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28