Linda J. Cox-Cooper, SBN 191438
436 Fourteenth Street, Suite 409
Oakland, CA 94612
Telephone: (510) 451-0539
Facsimile: (510) 451-1693 - Facsimile
E-Mail: ljcoxcooper@sbcglobal.net

Attorney for Plaintiff MELODY McDANIEL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

| | |
|---|---|
| MELODY McDANIEL, | Case No.: C 06 -5321 SI |
| Plaintiff, | **PLAINTIFF'S NOTICE OF REPRESENTATION** |
| v. | |
| JOHN E. POTTER, Postmaster General, | |
| Defendant. | |

**TO THE JUDGES OF THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND TO DEFENDANT AND HIS ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Plaintiff, Melody McDaniel, has at all times since July 6, 2007 been represented by Linda J. Cox-Cooper per the attached Substitution of Attorney form. Please address all notices, pleadings and correspondences on behalf of Plaintiff, Melody McDaniel to:

Linda J. Cox-Cooper, Esquire, 436 Fourteenth Street, Suite 409, Oakland, CA 94612
Tel – (510) 451-0539, Fax – (510) 451-1693, E-Mail: ljcoxcooper@sbcglobal.net.

Dated: July 6, 2007

Linda J. Cox-Cooper, Attorney for Plaintiff

Notice of Representation
Case No. C 06-5321 SI

Linda J. Cox-Cooper, SBN 191438
436 Fourteenth Street, Suite 409
Oakland, CA 94612
Telephone: (510) 451-0539
Facsimile: (510) 451-1693 - Facsimile
E-Mail: ljcoxcooper@sbcglobal.net

Attorney for Plaintiff MELODY McDANIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MELODY McDANIEL, | Case No.: C 06 -5321 SI |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF ATTORNEY FOR PLAINTIFF MELODY McDANIEL** |
| v. | |
| JOHN E. POTTER, Postmaster General, | |
| Defendant. | |

**TO THE JUDGES OF THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND TO DEFENDANT AND HIS ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that I, Melody McDaniel, hereby consent to Linda J. Cox-Cooper substituting in as my attorney of record in the above entitled action:

Dated: 7/6/07

Melody McDaniel

I, Linda J. Cox-Cooper, here consent to this substitution:

Dated: 7/6/200_

Linda J. Cox-Cooper

IT IS SO ORDERED
Judge Susan Illston

Notice of Substitution of Attorney
Case No. C 06-5321 SI

**CASE NAME:** Melody McDaniel v. John E. Potter

**ACTION NO.:** C 06-5321 SE

## CERTIFICATE OF SERVICE

That I am a citizen of the United States and am employed in the City of Oakland, County of Alameda, State of California 94612. I am over the age of eighteen years and not a party to the within cause. I am readily familiar with my business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited, with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

### NOTICE OF REPRESENTATION

[√] **(BY MAIL)** (Federal) I declare that I am a member of the bar of this court where service was made.

**Attorneys For Defendant**

| | | |
|---|---|---|
| Scott Schools | JoAnn M. Swanson | Letitia R. Kim |
| United States Attorney | Chief Civil Division | Assistant United States Attorney |
| 450 Golden Gate Avenue | 450 Golden Gate Avenue | 450 Golden Gate Avenue |
| Box 36055 | Box 36055 | Box 36055 |
| San Francisco, CA 94102 | San Francisco, CA 94102 | San Francisco, CA 94102 |

I certify under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 9, 2007, at Oakland, California.

_____
LINDA J. COX-COOPER