```
1   LINDA J. COX-COOPER (California Bar No. 191438)
    436 Fourteenth Street, Suite 409
2   Oakland, California 94612
    Telephone: (510) 451-0539
3   Facsimile: (510) 451-1693
    E-mail: ljcoxcooper@sbcglobal.net
4
    Attorney for Plaintiff
5   MELODY McDANIEL

6   SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
    United States Attorney
7   JOANN M. SWANSON (California Bar No. 88143)
    Chief, Civil Division
8   LETITIA R. KIM (California Bar No. 200142)
    Assistant United States Attorney
9
        450 Golden Gate Avenue, Box 36055
10      San Francisco, California 94102-3495
        Telephone: (415) 436-7181
11      Facsimile: (415) 436-6748
        Email: letitia.r.kim@usdoj.gov
12
    Attorneys for Defendant
13  JOHN E. POTTER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELODY McDANIEL, | Case No. C 06-5321 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT AND EXPERT DISCOVERY DATES |
| v. | |
| JOHN E. POTTER, | |
| Defendant. | |

## STIPULATION

On July 6, 2007, plaintiff Melody McDaniel (formerly proceeding *in pro se*) filed a notice of representation by attorney Linda J. Cox-Cooper, and the Court granted the substitution on July 11, 2007. Given plaintiff's new representation, the parties respectfully stipulate to extend the fact and expert discovery deadlines thirty days, such that the new dates would be as follows:

    Fact discovery cut-off:                  August 13, 2007

Stip. & [Prop.] Order to Extend Fact & Expert Disc.
Case No. C 06-5321 SI                            -1-

| | | |
|---|---|---|
| 1 | Last day to serve expert reports: | August 20, 2007 |
| 2 | Last day to serve expert rebuttals: | August 27, 2007 |
| 3 | Expert discovery cut-off: | September 10, 2007 |

Those extended dates will not affect the trial date, which is November 26, 2007.

DATED: July 13, 2007

Respectfully submitted,

LINDA J. COX-COOPER

/s/

_____
Attorney for Plaintiff


SCOTT N. SCHOOLS
United States Attorney

/s/

_____
LETITIA R. KIM
Assistant United States Attorney
Attorney for Defendant

Stip. & [Prop.] Order to Extend Fact & Expert Disc.
Case No. C 06-5321 SI                                         -2-

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the fact discovery cut-off is extended to August 13, 2007; the last day to serve expert reports is extended to August 20, 2007; the last day to serve expert rebuttals is extended to August 27, 2007, and the expert discovery cut-off is extended to September 10, 2007.

IT IS SO ORDERED.

Dated: _____       _____
                                     SUSAN ILLSTON
                                     United States District Judge