SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
JENNIFER S WANG (California Bar No. 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for Defendant
JOHN E. POTTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELODY McDANIEL, <br><br> Plaintiff, <br><br> v. <br><br> JOHN E. POTTER, Postmaster General, <br><br> Defendant. | Case No. C 06-5321 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO LIMITED RE-OPENING OF FACT DISCOVERY** |

**STIPULATION**

1. On July 6, 2007, plaintiff Melody McDaniel, formerly proceeding in *pro se*, filed a notice of representation by attorney Linda J. Cox-Cooper, and the Court granted the substitution on July 11, 2007. Given plaintiff's new representation, the parties stipulated to extend the fact and expert discovery deadlines thirty (30) days.

2. Pursuant to the stipulation, on July 17, 2007, the Court ordered new deadlines for fact and expert discovery as follows:

    Fact discovery cut-ff:                  August 13, 2007

    Last day to serve expert reports:      August 20, 2007

    Last day to serve expert rebuttals:    August 27, 2007

|   |   |
|---|---|
| Expert discovery cut-off: | September 10, 2007 |

3. On July 30, 2007, plaintiff served her First Request for Production of Documents on defendant's counsel. The responses to plaintiff's requests were due after the August 13, 2007 discovery cut-off. On August 13, 2007, defendant served its responses to Plaintiff's First Request for Production of Documents, objecting to the requests as untimely.

4. Plaintiff's counsel has now asked defendant to stipulate to re-open discovery for the limited purpose of allowing plaintiff to timely serve Plaintiff's First Set of Requests for Production of Documents. Plaintiff has agreed to limit her First Set of Requests for Production of Documents to the same requests she originally served on defendant's counsel on July 30, 2007. Plaintiff does not request any fact discovery other than Plaintiff's First Set of Requests for Production of Documents. Plaintiff does not request extension of the expert discovery cut-off date.

5. Given the limited scope of the discovery plaintiff has requested and plaintiff's relatively new representation by counsel, the parties stipulate to a limited re-opening of discovery such that defendant will provide amended objections and responses to Plaintiff's First Set of Requests for Production of Documents, as served on July 30, 2007, by September 28, 2007. By agreeing to provide amended responses to Plaintiff's First Set of Requests for Production of Documents, defendant does not waive any applicable objections.

6. On August 23, 2007, defendant filed a letter brief to the Court regarding a discovery dispute between the parties. Defendant requested that the Court order plaintiff to clarify her responses to interrogatories 19 through 23 to specify the type of "field work" she was performing on the five days referenced in the interrogatories. Plaintiff will provide the requested clarification of interrogatories 19 through 23 in Defendant's Second Set of Interrogatories by October 5, 2007.

///
///
///
///

Stip. & [Prop.] Order to Re-open Fact Disc.
Case No. C 06-5321SI

2

7. These extended discovery dates will affect the deadline for filing dispositive motions, currently set for August 31, 2007, as well as the last day to hear dispositive motions, and the pretrial conference and trial dates. The parties respectfully stipulate to following new dates:

| | |
|---|---|
| Last Day to File Dispositive Motions: | October 12, 2007 |
| Last Day for Hearing on Dispositive Motions: | November 16, 2007 |
| Pre-Trial Conference Date: | December 21, 2007 |
| Trial Date: | January 7, 2008 |

IT IS SO STIPULATED.

DATED: August 27, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　JENNIFER S WANG
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: August 27, 2007　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　LINDA COX-COOPER
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Stip. & [Prop.] Order to Re-open Fact Disc.
Case No. C 06-5321SI　　　　　3

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause having been shown, it is ordered that:

1. Fact discovery will re-open for the limited purpose of allowing plaintiff to obtain Defendant's Amended Objections and Responses to Plaintiff's First Request for Production of Documents, served on July 30, 2007. Defendant will serve its amended objections and responses by September 28, 2007.

2. Plaintiff will provide the requested clarification of her responses to interrogatories 19 through 23 in Defendant's Second Set of Interrogatories by October 5, 2007.

3. The Last Day to File Dispositive Motions is extended to October 12, 2007.

4. The Last Day for Hearing on Dispositive Motions is extended to November 16, 2007.

5. The Pre-Trial Conference Date is extended to December 21, 2007.

6. The Trial Date is extended to January 7, 2008.

IT IS SO ORDERED.

Dated: _____     _____
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE