SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
JENNIFER S WANG (California Bar No. 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile: (415) 436-6748
   Email: jennifer.s.wang@usdoj.gov

Attorneys for Defendant
JOHN E. POTTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELODY McDANIEL, </br></br>    Plaintiff, </br></br>    v. </br></br>JOHN E. POTTER, Postmaster General, </br></br>    Defendant. | Case No. C 06-5321 SI </br></br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Subject to the Court's approval, the parties, through their undersigned counsel, hereby agree and stipulate to continue the case management conference in the above-captioned case. The case management conference is currently set for October 19, 2007 at 2:30 p.m. The parties hereby stipulate to continue the case management conference to November 16, 2007. The continuance

///

///

///

1  is needed because counsel for the defendant will out of town and unavailable on October 19,
2  2007.
3      IT IS SO STIPULATED.
4
5  DATED: September 6, 2007			Respectfully submitted,
6						SCOTT N. SCHOOLS
						United States Attorney
7
8						_____/s/_____
						JENNIFER S WANG
9						Assistant United States Attorney
10
11 DATED: September 6, 2007			_____/s/_____
						LINDA COX-COOPER
12						Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the case management conference currently scheduled for October 19, 2007 at 2:30 p.m. is continued to November 16, 2007, at 2:30 p.m. The joint case management statement is due by November 9, 2007.

Dated: _____   _____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE