IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY McDANIEL, | No. C 06-5321 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN E. POTTER, Postmaster General | |
| Defendant. | |

Defendants' motion for summary judgment was granted.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 20, 2007

SUSAN ILLSTON
United States District Judge